UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JANICE ROSENTHAL

Plaintiff,

v.

BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; BIOMET MANUFACTURING, LLC F/K/A BIOMET MANUFACTURING CORP.

Defendants.

Assigned to:
Honorable Robert L. Miller, Jr.

MDL No.: 3:12-md-2391

Civil Case No: 3:14CV298

## NOTICE OF RELATED CASE

Pursuant to Northern District of Indiana Local Rule 40-1(d), Plaintiff Janice Rosenthal ("Plaintiff") hereby gives notice of this related action. This products liability action involves the Biomet M2a-Magnum Hip Implant which is subject of MDL No. 2391. Accordingly, Plaintiff respectfully requests that this action be included in MDL No. 2391.

Dated: February 12, 2014

WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461

_____
Ellen Relkin, Esq.